# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN SMITH, et al.,<br>　　　　　Plaintiff(s),<br>vs.<br>HEWLETT-PACKARD COMPANY,<br>　　　　　Defendant(s). | Case No. 2:15-cv-0484-GMN-VCF<br><br>**<u>ORDER REGARDING EARLY<br>NEUTRAL EVALUATION SESSION</u>** |

Pending before the Court is the parties' stipulation to continue the early neutral evaluation session, Docket No. 16, which is hereby GRANTED. The early neutral evaluation session is hereby CONTINUED to July 24, 2015, at 10:00 a.m. The parties shall submit their confidential evaluation statements to chambers no later than July 17, 2015. All other requirements in the Court's order at Docket No. 10 continue to apply.

　　　IT IS SO ORDERED.

　　　Dated: May 14, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge