ROGER L. GRANDGENETT II, ESQ., Bar # 6323
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811

ANGELA BRIGGS, California Bar #287421
(admitted pro hac vice)
MORGAN ELAM, Pennsylvania Bar #315991
(admitted pro hac vice)
HEWLETT-PACKARD COMPANY
3000 Hanover Street, MS 1050
Palo Alto, CA 94304
Telephone: 650.857.3004

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN SMITH, individually and JAMES "JAY" GRYBOWSKI, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 2:15-cv-00484-GMN-(VCF)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE TIME TO FILE A RESPONSE TO PLAINTIFFS' MOTION TO COMPEL** |

And NOW, this 25th day of August, 2015, upon the consideration of the Defendant's

Unopposed Motion to Extend the Time to File A Response To Plaintiffs' Motion to Compel, it is

hereby ORDERED that said Motion is GRANTED.  Defendant has until August 31, 2015 to

respond.

IT IS SO ORDERED.

Dated: August 25, 2015

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH

1