# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RYAN SMITH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　　Defendant. | 2:15-cv-00484-GMN-VCF<br><br>**ORDER** |

Before the court is Defendant Hewlett-Packard's Emergency Motion for Protective Order (#34).

IT IS HEREBY ORDERED that any opposition to Defendant Hewlett-Packard's Emergency Motion for Protective Order (#34) must be filed on or before October 26, 2015. No reply necessary.

IT IS FURTHER ORDERED that a hearing on Defendant Hewlett-Packard's Emergency Motion for Protective Order (#34) is scheduled for 2:00 p.m., October 30, 2015, in courtroom TBD. The deposition of Margaret Whitman is stayed pending further order of the court.

DATED this 19th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE