# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RYAN SMITH, individually and JAMES "JAY" GRYBOWSKI, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | 2:15-cv-00484-GMN-VCF<br><br>**ORDER** |

Before the court is Plaintiffs' Motion to Amend the Complaint (#47).

The time to oppose has passed. To date, no opposition has been filed. Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion." Here, it would seem that Defendant have consented to the granting of the motion.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend the Complaint (#47) is GRANTED. Plaintiffs must file the amended complaint (#47-7) by March 3, 2016.

DATED this 24th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE