**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RYAN SMITH, *et al.*, | |
|     Plaintiffs, | 2:15-cv-00484-GMN-VCF |
| vs. | **ORDER** |
| HEWLETT-PACKARD COMPANY, *et al.*, | |
|     Defendants. | |

Before the court is Plaintiffs' Motion to Extend Discovery (#52).

IT IS HEREBY ORDERED that any opposition to Plaintiffs' Motion to Extend Discovery (#52) must be filed on or before April 12, 2016. Any reply in support of Plaintiffs' Motion to Extend Discovery (#52) must be filed on or before April 18, 2016.

DATED this 5th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE