LAGOMARSINO LAW
ANDRE M. LAGOMARSINO, ESQ.
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN SMITH, individually and JAMES "JAY" GRYBOWSKI, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, HEWLETT PACKARD ENTERPRISE COMPANY; and HP INC.,<br><br>Defendant. | CASE NO: 2:15-cv-484-GMN-VCF<br><br>**SECOND OMNIBUS STIPULATION AND [PROPOSED] ORDER** |

Plaintiffs RYAN SMITH and JAY GRYBOWSKI, by and through their attorney of record, Andre M. Lagomarsino, Esq., of the law firm Lagomarsino Law, and Defendants HEWLETT-PACKARD COMPANY, HEWLETT PACKARD ENTERPRISE COMPANY; and HP INC., by and through their attorneys of record, Roger L. Grandgenett II, Esq., Montgomery Paek, Esq. and Bruce Young, Esq., of the law firm LITTLER MENDELSON, PC, for good cause hereby stipulate as follows:

1. The parties agree that the Plaintiffs may file a motion to compel up through and including July 1, 2016 on any of the issues in Plaintiffs' counsel's June 8, 2016 email, June 9, 2016 letter and June 23, 2016 email that the parties have been meeting and conferring on and pertaining to Defendants' Responses to Plaintiffs' Request for Production of Documents and Defendants' Privilege Log. The new deadline of July 1, 2016 will provide the

Defendants with enough time to facilitate the requested documents as well as the Plaintiffs to review the same to see if any of the meet and confer issues remain.

2. The following cause of action from Plaintiffs' First Amended Complaint shall be dismissed with prejudice, with each party to bear its own costs and attorney fees:

    (a) Seventh Cause of Action (Retaliation under Title VII).

DATED this 23rd day of June, 2016.

LAGOMARSINO LAW

/s/ Andre M. Lagomarsino, Esq.
Andre M. Lagomarsino, Esq.
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
*Attorney for Plaintiffs*

DATED this 23rd day of June, 2016.

LITTLER MENDELSON, PC

/s/ Montgomery Paek, Esq.
Roger L. Grandgenett II, Esq.
Montgomery Paek, Esq.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169
*Counsel for Defendants*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 27 day of June, 2016.