**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

RYAN SMITH, *et al.*,

        Plaintiffs,

vs.

HEWLETT-PACKARD COMPANY, *et al.*,

        Defendants.

2:15-cv-00484-GMN-VCF

**ORDER**

The parties reached a settlement agreement on October 31, 2016.  (ECF No. 111).

Accordingly,

IT IS HEREBY ORDERED that the Motion to Strike Evidence (ECF No. 100) is DENIED without prejudice as moot.

DATED this 1st day of November, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE