| | |
|---|---|
| 1 | ROGER L. GRANDGENETT II, ESQ., Bar # 6323 |
| | BRUCE C. YOUNG, ESQ., Bar # 5560 |
| 2 | MONTGOMERY Y. PAEK, ESQ., Bar # 10176 |
| | LITTLER MENDELSON, P.C. |
| 3 | 3960 Howard Hughes Parkway |
| | Suite 300 |
| 4 | Las Vegas, NV  89169-5937 |
| | Telephone:   702.862.8800 |
| 5 | Fax No.:   702.862.8811 |
| | E-mail: rgrandgenett@littler.com |
| 6 | E-mail: byoung@littler.com |
| | E-mail: mpaek@littler.com |

Attorneys for Defendants
HEWLETT-PACKARD COMPANY, HEWLETT PACKARD ENTERPRISE COMPANY; AND HP INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN SMITH, individually and JAMES "JAY" GRYBOWSKI, individually, | Case No. 2:15-cv-00484-GMN-(VCF) |
| Plaintiffs, | |
| vs. | STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| HEWLETT-PACKARD COMPANY, HEWLETT PACKARD ENTERPRISE COMPANY; AND HP INC., | |
| Defendant. | |

Plaintiffs, JAMES "JAY" GRYBOWSKI and RYAN SMITH and Defendants, HEWLETT-PACKARD COMPANY, HEWLETT PACKARD ENTERPRISE COMPANY; AND HP INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: November 22, 2016

Respectfully submitted,

/s/ Andre M. Lagomarsino, Esq.
ANDRE M. LAGOMARSINO, ESQ.
LAGOMARSINO LAW

Attorneys for Plaintiffs
RYAN SMITH & JAMES GRYBOWSKI

Dated:  November 22, 2016

Respectfully submitted,

/s/ Roger L. Grandgenett, Esq.
ROGER L. GRANDGENETT II, ESQ.
BRUCE C. YOUNG, ESQ.
MONTGOMERY Y. PAEK, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
HEWLETT-PACKARD COMPANY, HEWLETT PACKARD ENTERPRISE COMPANY; AND HP INC.

**ORDER**

IT IS SO ORDERED.

Dated this  27  day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:143821066.1 066902.1099

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.